(79 South. 311)

POOL v. STATE. (6 Div. 793.)

(Supreme Court of Alabama. May 9, 1918. Rehearing Denied June 6, 1918.)

Certiorari to Court of Appeals.

Habeas corpus by B. E. Pool against the State. Motion to quash the return was overruled, and petitioner appealed to the Court of Appeals, which affirmed (78 South. 407),[1] and he petitions for certiorari. Writ denied.

Allen & Bell, of Birmingham, for appellant. F. Loyd Tate, Atty. Gen., for the State.

McCLELLAN, J. Petition of B. E. Pool for certiorari to the Court of Appeals to review and revise the judgment of said court in the cause of B. E. Pool v. State, 78 South. 407.[1]

Writ denied.